The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JON ZAMELIS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WINGFOOT COMMERCIAL TIRE SYSTEMS, LLC, a Washington Limited Liability Company,<br><br>Defendant. | No. C08-1588 RSM<br><br>**ORDER GRANTING<br>PROTECTIVE ORDER** |

Pursuant to the stipulation of the parties, the Protective Order is hereby GRANTED with the following changes: In paragraph 7 of the parties' stipulation, they indicate that motions to seal shall be filed pursuant to Local Rule GR 15 of this Court. However, no such rule exists. Motions to seal are governed by Local Rule CR 5(g). Accordingly, GR 15 shall be replaced with Local Rule CR 5(g) in paragraph 7 of the parties' stipulation. The parties are expected to adhere to this rule if and when the circumstances described in paragraph 7 arise.

DATED: January 22, 2009

[signature]

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING PROTECTIVE ORDER**- 1
**CASE NO. C08-1588 RSM**

Presented by:

*s/Jeffrey C. Wishko*
Jeffrey C. Wishko, WSBA #12885
jwishko@bellingram.com
Bell & Ingram, P.S.
2918 Colby Avenue, Suite 201
Everett, Washington 98201
Tel: (206) 762-3623
Fax: (425) 339-8450

*Attorneys for Plaintiff*
JON ZAMELIS


*s/Joanna M. Silverstein*
Leigh Ann Tift, WSBA #11776
ltift@littler.com
Joanna M. Silverstein, WSBA #38577
jsilverstein@littler.com
LITTLER MENDELSON
A Professional Corporation
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Phone: 206.623.3300
Fax: 206.447.6965

*Attorneys for Defendant*
WINGFOOT COMMERCIAL TIRE SYSTEMS, LLC

**ORDER GRANTING PROTECTIVE ORDER**- 2
**CASE NO. C08-1588 RSM**

LITTLER MENDELSON P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300