The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JON ZAMELIS, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>WINGFOOT COMMERCIAL TIRE SYSTEMS, LLC, a Washington Limited Liability Company,<br><br>    Defendant. | No. C08-1588 RSM<br><br>**STIPULATED ORDER TO FILE AMENDED ANSWER AND COUNTERCLAIM AND ISSUE NEW SCHEDULING ORDER** |

## RELIEF REQUESTED

The parties, Plaintiff Jon Zamelis and Defendant Wingfoot Commercial Tire Systems, LLC, have hereby stipulated and agreed to allow Defendant to file its Amended Answer and Counterclaim pursuant to Rule 15(a)(2). Consequently, the parties respectfully request that this Court (1) extend the dates contained in the Court's Order Setting Trial and Related Dates, including the reports from expert witnesses which are currently due on May 1, 2009, and (2) issue a new Order Regarding Initial Disclosures, Joint Status Report, And Early Settlement.

The parties make this request because Defendant plans to file an Amended Answer and Counterclaim sometime the week of May 4, 2009, after which the parties have agreed that they will request a new Scheduling Order from the Court. Consequently, the parties will not be ready to file their expert witness reports on May 1, 2009.

**STIPULATED ORDER TO FILE AMENDED ANSWER AND
COUNTERCLAIM AND ISSUE NEW SCHEDULING ORDER**- 1
**CASE NO. C08-1588 RSM**

L ITTLER M ENDELSON P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

| | |
|---|---|
| Dated: April 30, 2009 | */s/Joanna M. Silverstein*<br>Leigh Ann Tift, WSBA #11776<br>ltift@littler.com<br>Joanna M. Silverstein, WSBA #38577<br>jsilverstein@littler.com<br>LITTLER MENDELSON<br>A Professional Corporation<br>One Union Square<br>600 University Street, Suite 3200<br>Seattle, WA 98101.3122<br>Phone: 206.623.3300<br>Fax: 206.447.6965<br><br>Attorneys for Defendant<br>WINGFOOT COMMERCIAL TIRE<br>SYSTEMS, LLC |
| Dated: April 30, 2009 | */s/Jeffrey C. Wishko*<br>Jeffrey C. Wishko, WSBA #12885<br>jwishko@bellingram.com<br>Bell & Ingram, P.S.<br>2918 Colby Avenue, Suite 201<br>Everett, Washington 98201<br>Tel: (206) 762-3623<br>Fax: (425) 339-8450<br><br>Attorneys for Plaintiff<br>JON ZAMELIS |

**STIPULATED ORDER TO FILE AMENDED ANSWER AND COUNTERCLAIM AND ISSUE NEW SCHEDULING ORDER**- 2
**CASE NO. C08-1588 RSM**

# ORDER

Based on the foregoing Stipulation, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

The stipulated Motion to Extend Trial and Related Dates is GRANTED. The clerk will issue a New Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement.

DATED: May 4, 2009

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

PRESENTED BY:
*/s/Joanna M. Silverstein*
Leigh Ann Tift, WSBA #11776
ltift@littler.com
Joanna M. Silverstein, WSBA #38577
jsilverstein@littler.com
LITTLER MENDELSON
A Professional Corporation
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Phone:    206.623.3300
Fax:       206.447.6965
*Attorneys for Defendant*

*/s/Jeffrey C. Wishko*
Jeffrey C. Wishko, WSBA #12885
jwishko@bellingram.com
Bell & Ingram, P.S.
2918 Colby Avenue, Suite 201
Everett, Washington 98201
Tel:   (206) 762-3623
Fax:   (425) 339-8450
*Attorneys for Plaintiff*

**STIPULATED ORDER TO FILE AMENDED ANSWER AND COUNTERCLAIM AND ISSUE NEW SCHEDULING ORDER**- 3
**CASE NO. C08-1588 RSM**

LITTLER MENDELSON P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300